

PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SHEILA ZOE JACKSON | : | Case No. 11-32022PM |
| | : | Chapter 13 |
| Debtor | : | |
| SHEILA ZOE JACKSON | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| CAPITAL ONE | : | |
| NATIONAL ASSOCIATION | : | |
| Respondent | : | |

**MEMORANDUM AND ORDER**

The court has before it a Motion filed by the Debtor to avoid a junior lien held by the Respondent and the opposition thereto. The court will not act on the Motion at this time in the absence of a statement of the value of the subject property. The holder of the senior lien secured by the property filed a proof of claim asserting that the amount of its claim is $105,196.29. The Respondent herein filed two proofs of secured claims asserting that it holds for debts of $47,885.02 and $44,805.87, respectively. If the property is worth $139,900.00 as Debtor alleges, then the lien described in Claim 8-1 is subject to avoidance pursuant to the holding in *First Mariner Bank v. Johnson*, 411 B.R. 221 (D. Md. 2009) *aff'd* 2011 WL 52538 (CA4 2011).

The parties are directed to state their positions **before March 10, 2012**.

IT IS SO ORDERED.

cc:
Randa S. Azzam, Esq., 913 King Street, Alexandria, VA 22314
Anthony H. Davis II, Esq., 4301 Garden City Drive, Suite 300, Landover, MD 20785
Sheila Zoe Jackson, 2575 Markham Lane, Landover, MD 20785
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

**End of Memorandum and Order**